**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-6830**

---

GARLAND ANDREW HORN,

                              Plaintiff - Appellant,

        versus

SHERRY WILSON, Chief Resident Nurse; MR. OBER,
Doctor; MR. SHEETS, Doctor,

                              Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Gerald Bruce Lee, District
Judge.  (1:07-cv-00328-GBL)

---

Submitted:  November 20, 2007      Decided:  November 28, 2007

---

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Garland Andrew Horn, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Garland Andrew Horn appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Horn v. Wilson</u>, No. 1:07-cv-00328-GBL (E.D. Va. filed May 3, 2007 & entered May 4, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>